UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HASPEL, L.L.C.

VERSUS

HASPEL WORLDWIDE, LLC.

CIVIL ACTION

NO. 13-185-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 11, 2013 (doc. 18) to which no object has been filed.

The court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiff Haspel, L.L.C. is GRANTED. Further, under 28 U.S.C. § 1447(c) defendant Haspel Worldwide, L.L.C. is ordered to pay to plaintiff Haspel, L.L.C. fees and costs incurred as a result of the removal in the amount of $1,000, within 30 days.

Signed in Baton Rouge, Louisiana on this 2nd of October, 2013.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA